# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN JUST, | No. 3:18-CV-01314 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PAUL DIGENNARO and JEFFREY GOSS, | |
| Defendants. | |

## ORDER

**AND NOW**, this 23rd day of December 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Jordan Just's motion in limine (Doc. 63) to Preclude Evidence and/or Testimony Related to Plaintiff's Criminal History is **GRANTED**.

2. Defendants Paul DiGennaro and Jeffrey Goss's motion in limine (Doc. 67) to Preclude Expert Testimony of James T. Garvey is **GRANTED IN PART**, subject to the conditions detailed in the Memorandum Opinion.

3. Defendants Paul DiGennaro and Jeffrey Goss's motion in limine (Doc. 69) to Preclude the Admission of Another Allegation of Abuse Against Defendant DiGennaro is **GRANTED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge